# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cr-00319-JEC
## USA v. Kam
## Honorable Julie E. Carnes

Minute Sheet for proceedings held In Open Court on 07/28/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 3:19 P.M. | COURT REPORTER: David Ritchie |
| TIME COURT CONCLUDED: 4:15 P.M. | CSO/DUSM: CSO Meadows |
| TIME IN COURT: 00:18 | DEPUTY CLERK: Dee-dee McGoldrick |

| | |
|---|---|
| DEFENDANT(S): | [1]Bradley Loren Kam Present at proceedings |
| ATTORNEY(S) PRESENT: | Charles Abbott representing Bradley Loren Kam<br>Jenny Turner representing USA |
| PROCEEDING CATEGORY: | Arraignment; Initial Appearance; |
| PLEADINGS FILED IN COURT: | Waiver Of Indictment; Defendant Information Sheet; Information; Guilty Plea and Plea Agreement; Notice of Sentencing. |
| MINUTE TEXT: | Also present on behalf of Government, Agent Jeff Shull. Defendant sworn. Plea of Guilty entered as to Count 1 of the Information. Sentencing set for October 18, 2010 at 3:00 pm. Defendant on bond. |
| HEARING STATUS: | Hearing Concluded |