IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:10-cr-319-JEC |
| BRADLEY LOREN KAM, | |
| Defendant. | |

## **ORDER**

This case is before the Court on defendant's Motion to Terminate Supervised Release [11], filed on May 21, 2014. Probation Officer Aaron Tam, who is supervising the defendant, does not object to the defendant's early termination of supervised release. Further, according to defendant's motion, he has made a successful transition toward a productive, law-abiding life, having obtained stable, well-paying employment in the technology industry in California. Likewise, according to defendant, continuation of supervised release undermines his ability to perform all the duties of his position.

The Government has not opposed defendant's motion. It is therefore Ordered that defendant's defendant's Motion to Terminate Supervised Release [11] is **GRANTED.**

SO ORDERED this 11th day of June, 2014.

                                        /s/ Julie E. Carnes
                                        JULIE E. CARNES
                                        CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)